UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JEANNIE SANCHEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:23-cv-663-TWP-CSW |
| | ) | |
| REPUBLIC SERVICES, INC. and | ) | |
| REPUBLIC SERVICES OF INDIANA, | ) | |
| Limited Partnership, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DISMISSING LAWSUIT WITH PREJUDICE

The Court, having considered the parties' Joint Stipulation of Dismissal with Prejudice and being duly advised, hereby ORDERS that this matter is DISMISSED WITH PREJUDICE, the parties to bear their own costs, including attorneys' fees.

Date: 7/23/2024

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF